UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

| | |
|---|---|
| ANDREWS MCMEEL PUBLISHING, )<br>a Kansas General Partnership, )<br>   )<br>              Plaintiff,    )<br>                              )<br>     v.                       )<br>                              )<br>TARA TOY CORP.,           )<br>                              )<br>              Defendant.  )<br>                              ) | Case No.<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff Andrews McMeel Publishing ("Andrews McMeel" or "Plaintiff"), by and through its attorneys, for its Complaint against Defendant Tara Toy Corporation ("Tara Toy" or "Defendant") alleges and states as follows:

### THE PARTIES

1.   Plaintiff Andrews McMeel is a Kansas general partnership, having its principal place of business in Kansas City, Missouri.

2.   Defendant Tara Toy is, upon information and belief, a corporation organized and existing under the laws of the State of New York, having its principal place of business in New York. Upon further information and belief, Defendant is in the business of selling products in interstate commerce, including sales in the State of Colorado and this District.

### JURISDICTION AND VENUE

3.   The Court may exercise subject matter jurisdiction over the claims set forth in this Complaint pursuant to 28 U.S.C. §§ 1331 and 1338.

4.  The Court may exercise personal jurisdiction over Defendant in this action, as Defendant has committed acts of patent infringement in the State of Colorado and this District, does business in the State of Colorado and this District, and has a website, namely www.taratoy.com, in which Colorado residents can obtain information about Defendant's products.

5.  Service of process on Defendant in this action will be effected pursuant to Fed. R. Civ. P. 4(h).

6.  Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b), (c) and 1400(b).

## FIRST CLAIM FOR RELIEF

### (Patent Infringement)

7.  Andrews McMeel is the owner of United States Letters Patent No. 6,319,088, covering the invention "Floating Eyeball Pad" ("the '088 Patent," a true and correct copy of which is attached hereto as Exhibit 1).

8.  Defendant is infringing the '088 Patent by making, using, and/or selling products embodying the patented invention.  (True and correct copies of photographs of Defendant's infringing product are attached hereto as Exhibit 2.)

9.  Defendant's infringement of the '088 Patent has caused Plaintiff monetary harm in an amount to be proved at trial.  In addition, unless restrained, Defendant's continued infringement of the '088 Patent will cause Plaintiff irreparable harm for which there is no adequate remedy at law.

10.  Defendant has knowingly and willfully infringed the '088 Patent in disregard of Plaintiff's rights.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for (a) an order finding that Defendant has infringed the '088 Patent; (b) an accounting for and an award of damages, including lost profits, resulting from Defendant's infringement, and/or reasonable royalties for such infringement pursuant to 35 U.S.C. § 284; (c) a trebling of Plaintiff's damages because of the knowing, willful, and wanton nature of Defendant's conduct; (d) an assessment of interest, both prejudgment and post judgment, on the damages awarded; (e) a finding that this case is exceptional and an award of attorneys' fees and costs incurred by Plaintiff in this action pursuant to 35 U.S.C. § 285; (f) a preliminary and permanent injunction against Defendant's continued infringement of the '088 Patent or an award of a reasonable royalty for any future manufacturing, use, or sale by Defendant of products claimed by the '088 Patent; (g) an order directing that all goods in the possession, custody, or control of Defendant that infringe the '088 Patent be delivered up and destroyed within 30 days of entry of judgment; and (h) such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b), Plaintiff demands a jury trial on all issues triable by jury.

Respectfully submitted,

s/Neil L. Arney----------------------
Neil L. Arney          CO # 27860
LATHROP & GAGE L.C.
narney@lathropgage.com
4845 Pearl East Circle, Suite 300
Boulder, Colorado 80301
Tel: (720) 931-3000
Fax: (720) 931-3001

and

LATHROP & GAGE L.C.
David R. Barnard   MO # 47127 *(not yet admitted)*
dbarnard@lathropgage.com
R. Cameron Garrison   MO # 54064  *(not yet admitted)*
cgarrison@lathropgage.com
Travis W. McCallon   MO # 56979  *(not yet admitted)*
tmccallon@lathropgage.com
2345 Grand Blvd., Suite 2800
Kansas City, Missouri 64108-2684
Tel: (816) 292-2000
Fax: (816) 292-2001

*Attorneys for Plaintiff*
*Andrews McMeel Publishing*