FILED
UNITED STATES DISTRICT COURT
DENVER, CO

APR 5 2006

GREGORY
CLERK

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

ANDREWS MCMEEL PUBLISHING, )
a Kansas General Partnership, )
                              )
            Plaintiff,        )
                              )   Case No. 1:05-cv-02161-RPM
v.                            )
                              )
TARA TOY CORP.,               )
                              )
            Defendant.        )
                              )

## ORDER

Upon consideration of Plaintiff's Response to the Court's Order to Show Cause and its request for additional time to file a notice of dismissal or serve the Defendant, and for good cause shown, it is

HEREBY ORDERED that this action be allowed to proceed, and that Plaintiff Andrews McMeel Publishing shall have up to and including April 13, 2006 within which to file a notice of dismissal or serve the Defendant.

Dated: 4-5-06

U.S. District Judge

CC 1578674v1