UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

APR 14 2006

| | |
|---|---|
| ANDREWS MCMEEL PUBLISHING,<br>a Kansas General Partnership,<br><br>Plaintiff,<br><br>v.<br><br>TARA TOY CORP.,<br><br>Defendant. | Case No. 1:05-cv-02161-RPM |

### ORDER DISMISSING CASE WITHOUT PREJUDICE

Pursuant to Plaintiff's Notice of Dismissal Without Prejudice, and Rule 41(a) of the Federal Rules of Civil Procedure, the above-captioned matter is hereby dismissed without prejudice.

IT IS SO ORDERED.

DATED: April 14, 2006

_____
U.S. District Judge

1

CC 1581985v1